**Gary L. GRAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42264.**

Missouri Court of Appeals,
Western District.

May 15, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 3, 1990.

Application to Transfer Denied
July 31, 1990.

Robert G. Duncan, Kansas City, for appellant.

William Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Movant after an evidentiary hearing appeals the denial of relief under Rule 29.15.

Judgment affirmed. Rule 84.16(b).